IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL GUTWEIN,

    Plaintiff,

v.                                                           CV 15-672 LF/WPL

TAOS COUNTY DETENTION CENTER,
TAOS COUNTY, HEALTHCARE PARTNERS
FOUNDATION, and JOE SPRUNK, individually
and as administrator of Taos County Detention Center,

    Defendants.

### ORDER PARTIALLY QUASHING ORDER TO SHOW CAUSE

On December 3, 2015, I entered an Order to Show Cause (Doc. 6), requiring Plaintiff to effect service on all Defendants or provide the Court with a written explanation why service has not been effected no later than January 4, 2016. It now appearing that Plaintiff has effected service upon Defendants Taos County and Taos County Detention Center, the Order to Show Cause is quashed as to these Defendants.

IT IS SO ORDERED.

                                                                            William P. Lynch
                                                                            United States Magistrate Judge