IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL GUTWEIN,

    Plaintiff,

v.                                       CV 15-672 LF/WPL

TAOS COUNTY DETENTION CENTER,
TAOS COUNTY, HEALTHCARE PARTNERS
FOUNDATION, and JOE SPRUNK, individually
and as administrator of Taos County Detention Center,

    Defendants.

**ORDER EXTENDING TIME TO SERVE DEFENDANT JOE SPRUNK**

On December 3, 2015, I entered an Order to Show Cause (Doc. 6), requiring Plaintiff to effect service on or provide the Court with a written explanation why service has not been effected upon Defendants Joe Sprunk and Healthcare Partners Foundation no later than January 4, 2016, or these defendants would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

On December 30, 2015, Plaintiff filed a summons returned unexecuted by Joe Sprunk, noting that Sprunk no longer works at Taos County Detention Center. (Doc. 12.) Plaintiff filed no further explanation of attempts to effect service or other steps being taken with regard to serving Sprunk. Plaintiff is allowed an additional thirty days to effect service upon Sprunk—no later than February 8, 2016. Failure to effect service upon Sprunk by this date or submit a written explanation as to why service could not be effected will result in dismissal of Sprunk without prejudice. No further extensions will be granted.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.