# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MICHAEL GUTWEIN,

    Plaintiff,

v.                                                                      CV 15-672 RB/WPL

TAOS COUNTY DETENTION CENTER,
TAOS COUNTY, HEALTHCARE PARTNERS
FOUNDATION, and JOE SPRUNK, individually
and as administrator of Taos County Detention Center,

    Defendants.

## ORDER EXTENDING TIME TO SERVE DEFENDANT JOE SPRUNK

On December 3, 2015, I entered an Order to Show Cause (Doc. 6), requiring Plaintiff to effect service on or provide the Court with a written explanation why service has not been effected upon Defendants Joe Sprunk and Healthcare Partners Foundation no later than January 4, 2016, or these defendants would be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

On December 30, 2015, Plaintiff filed a summons returned unexecuted by Joe Sprunk, noting that Sprunk no longer works at Taos County Detention Center. (Doc. 12.) I allowed Plaintiff until February 8, 2016, to serve Sprunk or provide a written explanation as to why service could not be effected. (Doc. 14.) Plaintiff submitted a sufficient explanation and stated that he would attempt to serve Sprunk two more times, but would file an appropriate motion in this Court if service cannot be effected by February 29, 2016. (Doc. 17.)

This explanation is sufficient. Plaintiff will effect service on Sprunk by February 29, 2016. If Plaintiff is unable to effect service by that date, Plaintiff will file an appropriate motion in this Court.

IT IS SO ORDERED.

William P. Lynch
United States Magistrate Judge

-2-

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.